Robert S. Payne, Bar No. 08629
Lincoln Law Center, LLC
921 W. Center St.
Orem, UT 84057
Fax 800-584-6826

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

| | : | |
|---|---|---|
| In re: | | Case No. 10-21665 |
| | : | |
| MONTE SIUFANUA JR. and | | Chapter 13 |
| LORELEI TALALELEI SIUFANUA | : | |
| Debtors, | : | Filed Electronically |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I mailed a true and correct copy of the foregoing Chapter 13 plan, postage prepaid or electronic notice, to the all the listed parties below.

   U.S. Trustee (Via ECF)

   Trustee Anderson (Via ECF)

   Peter J Kuhn, U.S. Trustee's Office (Via ECF)

   Monte Siufanua Jr and Lorelei Talalelei Siufanua (878 W 630 N Orem, UT 84057)

   Court Mailing Matrix (see attached Mailing Matrix)

DATED THIS 30TH day of March, 2010.

                                                   /s/ Stacy Gillis
                                                   Lincoln Law Center, LLC
                                                   Paralegal

| Name | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|
| Prime Acceptance Corp | 4306 S State St | | Murray | UT | 84107-0000 |
| West Asset Management | Attn: Bankr | Po Box 10! | Atlanta | GA | 30348-0000 |
| Washington Mutual | 705 Blue Lakes Blvd | | Twin Falls | ID | 83301-0000 |
| Utah Valley Regional Med | 1034 North 500 West | | Provo | UT | 84604-0000 |
| Utah Valley Pediatrics | 1355 N University #20 | | Provo | UT | 84604-0000 |
| Utah Community CU | 181 West F | PO Box 19 | Provo | UT | 84603-1900 |
| USA.com | 1301 Marina Village p | | Alameda | CA | 94501-0000 |
| Us Dept Of Education | Attn: Borro | Po Box 56( | Greenville | TX | 75403-0000 |
| US Bank | PO Box 6352 | | Fargo | ND | 58125-0000 |
| Unknown/Ihc | 2790 Decker Lake Dr | | West Valle | UT | 84119-0000 |
| Toyota Motor Credit Co | Must call 800-874-8822 for mailing addre | | | | 00000-0000 |
| Timp Regional Hosptial | PO Box 538620 | | Atlanta | GA | 30353-0000 |
| Strandard Restaurant Equ | 7979 Wilkinsville | | Millington | TN | 38053-0000 |
| Sprint | PO Box 660075 | | Dallas | TX | 75266-0000 |
| Soloman Finance Inc | 10 E Doty St. Suite 82 | | Madison | WI | 53703-0000 |
| Questar Gas Company | Bankruptcy | PO Box 31 | Salt Lake ( | UT | 84110-0000 |
| Orem Jr High | 765 North 600 West | | Orem | UT | 84057-0000 |
| N.a.r. Inc | 10 W Broadway Ste 6 | | Salt Lake ( | UT | 84101-0000 |
| N.a.r. Inc | 10 W Broadway Ste 6 | | Salt Lake ( | UT | 84101-0000 |
| N.a.r. Inc | 10 W Broadway Ste 6 | | Salt Lake ( | UT | 84101-0000 |
| Mtn Land Col | Po Box 1280 | | American F | UT | 84003-0000 |
| Mountainland Collectio | Po Box 1280 | | American F | UT | 84003-0000 |
| Intermountain Home Care | PO Box 410400 | | Salt Lake ( | UT | 84141-0000 |
| Ihc | 2790 Decker Lake Dr | | West Valle | UT | 84119-0000 |
| Harold Communications | 1555 Freedom Blvd | | Provo | UT | 84604-0000 |
| Gentry Fin | 25331 1h 10 West | | San Antoni | TX | 78257-0000 |
| Gemb/jcp | Attention: | Po Box 10: | Roswell | GA | 30076-0000 |
| Convnient Ln | 25331 1h 10 West | | San Antoni | TX | 78257-0000 |
| Constables Office | 47 E 7200 S Ste 221 | | Midvale | UT | 84047-0000 |
| City of Orem | PO Box 27471 | | Salt Lake ( | UT | 84120-0000 |
| Check City | PO Box 970183 | | Orem | UT | 84097-0000 |
| Chase | PO Box 9001074 | | Louisville | KY | 40290-0000 |
| Central UT Med Clinic | 1055 N 500 W | | Provo | UT | 84604-0000 |
| Cashnet USA | PO Bix 06230 | | Chicago | IL | 60606-0000 |
| California Casualty iNsura | PO Box 39700 | | Colorado S | CO | 80949-0000 |
| ARC | PO Box 410400 | | Salt Lake ( | UT | 84141 |
| Central Credit Sercices In | 9550 Regency Square | | Jacksonvill | FL | 32225 |
| Checknet | 746 E 191( Suite 4 | | Provo | UT | 84606 |
| Direct Loan Sercices | PO Box 5609 | | Greenville | TX | 75403 |
| Express Recovery Service | 2790 W Becker Lake I | | Salt Lake ( | UT | 84119 |
| Focus Receivables Mang | 8306 Laurel Fair Circle | | Tampa | FL | 33610 |
| IC Systems | 444 Highw | PO Box 64 | Saint Paul | MN | 55164 |
| Joseph, Mann & Creed | 20600 Chagrin Blvd S | | Shaker He | OH | 44122 |
| Knight Adjustment Bureau | 404 E 4500 S Suite A- | | Salt Lake ( | UT | 84107 |
| Pinnacle Financial Group | 7825 Washington Ave | | Minneapoli | MN | 55439 |
| RCS | 3585 E Flamingo Rd S | | Las Vegas | NV | 89121 |